FILED

2007 OCT 18  P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241
## BY A PERSON IN FEDERAL CUSTODY

SHIRL T. WILSON 95768-071 , Petitioner,
Full Name and Prisoner Number

F.C.I. DANBURY
Complete Prison Address (Place of Confinement)

PEMBROKE STATION

DANBURY, CT 06811-3099

Case No. 3:07CV1539 (JCH)
(To be supplied
by the Court)

v.

DONNA ZICKEFOOSE , Respondent,
(Name of Warden, Superintendent or
authorized person having custody of petitioner)
(Do not use *et al.*)

and

CPT. GILMORE , Additional Respondent.
(List additional persons having custody
of petitioner, if any)

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under

attack ___DISTRICT COURT OF SOUTH CAROLINA_____

_____

2) Date judgment of conviction was entered     NOVEMBER 30, 1999

3) Case number  _3:99-285-002_____

4) Type and length of sentence imposed  __135 MONTHS_____

5) Are you presently serving a sentence imposed for a conviction other than the
conviction under attack in this motion?  Yes ___   No _X_

6) Nature of the offense involved (all counts)  COUNT 1: 21 USC 846 COSPIRACY
TO POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE BASE     COUNT 2: 21 USC
_841(A)(1)&(B)(1)(B) POSSESSING WITH INTENT TO DISTRIBUTE COCAINE BASE___

7) What was your plea? (check one)
Not Guilty ___   Guilty _X_   Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a · · guilty plea to
another court or indictment, give details:

_____

_____

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and
conditions of the agreement ____N/A_____

_____

10) Kind of trial (check one)   Jury ___  Judge only ___

11) Did you testify at trial?  Yes ___  No ___

### DIRECT APPEAL

12) Did you appeal from the judgment of conviction?     Yes ___  No _x_

13) If you did appeal, give the name and location of the court where the appeal was
filed, the result, the case number and date of the court's decision (or attach a copy of

the court's opinion or order): _____

_____

_____

_____

14)   If you did not appeal, explain briefly why you did not: _____

_____

_____

a)   Did you seek permission to file a late appeal? Yes ___ No _x_

## POST-CONVICTION PROCEEDINGS

15)   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?        Yes ___ No _x_

16)   If your answer to 15 was "Yes," give the following information:

    a)   FIRST petition, application or motion.

        1.   Name of court _____

        2.   Nature of proceeding _____

            _____

        3.   Claims raised _____

            _____

        4.   Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

        5.   Result _____

        6.   Date of result _____

        7.   Did you appeal the result to the federal appellate court having

jurisdiction? Yes ___ No ___   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

8.     If you did not appeal, briefly explain why you did not   _____

___TOOK A PLEA AGREEMENT AND DID NOT KNOW I COULD APPEAL._____

_____

b)  As to any SECOND petition, application or motion, give the following information:

1.     Name of court _____

2.     Nature of proceeding _____

_____

3.     Claims raised _____

_____

4.     Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ___

5.     Result _____

6.     Date of result _____

7.     Did you appeal the result to the federal appellate court having jurisdiction?  Yes ___ No ___   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

_____

8.     If you did not appeal, briefly explain why you did not _____

c) As to any THIRD petition, application or motion, give the following information:

    1.    Name of court _____

    2.    Nature of proceeding _____

_____

    3.    Claims raised _____

_____

    4.    Did you receive an evidentiary hearing on your petition, application or motion?  Yes __ No __

    5.    Result _____

    6.    Date of result _____

    7.    Did you appeal the result to the federal appellate court having jurisdiction?  Yes __ No __   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

    8.    If you did not appeal, briefly explain why you did not _____

_____

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

Claim One: _NOT RECEIVING THE YEAR OFF FOR PARTICIPATING IN THE_

_RESIDENTUAL DRUG PROGRAM._

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

MY CLAIM IS BASED ON THE FACT THAT I WAS GIVEN A GUN ENHANCEMENT SOLELY BECAUSE OF MY CO-DEFENDANT WHICH IS CLEARLY STATED IN MY P.S.I. THE DENIAL OF MY ELIGIBILITY FOR EARLY RELEASE BASED ONLY ON MY SENTENCING ENHANCEMENT, VIOLATES STATUTES PROVIDING THAT PRISONERS CONVICTED OF A "NON-VIOLENT OFFENSE" ARE POTENTIALLY ELIGIBLE FOR THE ONE YEAR SENTENCE REDUCTION UPON COMPLETION OF THE DRUG AND ALCOHOL TREATMENT PROGRAM. MY CURRENT OFFENSE HAS NO ELEMENTS OF THE ACTUAL, ATTEMPTED, OR THREATENED USE OF PHYSICAL FORCE AGAINST A PERSON OR PROPERTY OF ANOTHER. NOR DOES MY OFFENSE INVOLVE CARRYING, POSSESION, OR USE OF A FIREARM.

SEE ATTATCHED FOR ADDITIONAL INFORMATION

(2) Did you seek administrative relief as to claim one? Yes _X_ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _I FILED ALL OF MY_

_ADMINISTRATIVE REMEDIES, INCLUDING MY 8 1/2, 9, 10, 11, TO NO POSITIVE AVAIL._

Claim Two: _____

(1)  Supporting Facts:  (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2)  Did you seek administrative relief as to claim one?  Yes ___ No ___.  If your answer is "Yes," describe the procedure followed and the result.  If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

Claim Three: _____

_____

_____

(1)  Supporting Facts:  (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one?  Yes __ No __.  If your answer is "Yes," describe the procedure followed and the result.  If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

18)  Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes __ No _X_.  If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding:_____

_____

_____

_____

19)  State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention: __THE U.S.C.§2255 DOES NOT HAVE JURISDICTION OVER SAID

MATTER._____

_____

_____

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____

_____

_____
Attorney's Full Address and
Telephone Number

_____
**Petitioner's Original Signature**

_____95768-071_____
Petitioner's Inmate Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___FCI DANBURY___ on ___10/3/07___
　　　　　　　　(Location)　　　　　　(Date)

_____
Petitioner's Original Signature

ATTATCHMENT

I.   PRELIMINARY STATEMENT

1.1  THE PETITIONER, SHIRL T. WILSON, IS A FEDERAL PRISONER INCARCERATED
AT F.C.I. DANBURY, WHO IS SUFFERING A VIOLATION AND DEPRIVATION OF HER STATUTORY
AND DUE PROCESS RIGHTS AS A RESULT OF THE REVOCATION BY THE BUREAU OF PRISONS
OF HER ELIGIBILITY FOR EARLY RELEASE, PURSUANT TO 18 U.S.C. §3621(e).

II.   JURISDICTION

2.1  THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C.
§2241 BECAUSE MS. WILSON'S TERM IN FEDERAL CUSTODY IS BEING DETERMINED AND
MAINTAINED IN VIOLATION OF THE CONSTITUTION AND LAWS OF THE UNITED STATES.

2.2  PETITIONER FURTHER INVOKES THE JURISDICTION OF THIS COURT PURSUANT TO
28 U.S.C. § 1331 IN THAT ACTION ARISES OUT OF THE CONSTITUTION AND THE LAWS
OF THE UNITED STATES AND SEEKS CORRECTIVE ACTION FROM OFFICERS AND EMPLOY-
EES OF THE UNITED STATES IN THEIR OFFICIAL CAPACITY.

2.3  MS. WILSON FURTHER INVOKES THE JURISDICTION OF THIS COURT PURSUANT
TO 28 U.S.C. §1333(4) IN THAT SHE SEEKS TO REDRESS THE DEPRIVATION OF RIGHTS
GUARANTEED BY BOTH THE CONSTITUTION AND BY FEDERAL STATUTES.

III.   PARTIES

3.1  SHIRL WILSON IS PRESENTLY CONFINED AT THE FEDERAL CORRECTIONAL INSTITUTION
AT DANBURY, CONNECTICUT PURSUANT TO THE JUDGEMENT OF THE UNITED STATES DISTRICT
COURT FOR SOUTH CAROLINA.

3.2  DONNA ZICKEFOOSE, IS THE WARDEN OF F.C.I. DANBURY AND, THROUGH THE
BUREAU OF PRISONS, AN AGENCY OF THE UNITED STATES DEPARTMENT OF JUSTICE, IS
RESPONSIBLE FOR MS. WILSON'S CUSTODY AND THE CALCULATION OF HER TERM OF COFINEMENT.

IV.   STATEMENT OF FACTS

4.1  ON NOVEMBER 11, 1999, THE HONORABLE DENNIS W. SHEDD SENTENCED MS. WILSON
TO 135 MONTHS OF INCARCERATION UPON HER PLEA OF GUILT FOR CONSPIRACY TO DISTRIBUTE
COCAINE IN VIOLATION OF 21 U.S.C. §846.

4.2  AT THAT TIME THE HONORABLE DENNIS W. SHEDD RECOMMENDED THAT SAID PETITIONER
COMPLETE THE DRUG PROGRAM.

4.3  ON MAY 15, 2007 PETITIONER WAS INTERVIEWED FOR HER ELIGIBILITY FOR
THE RESIDENTUAL DRUG PROGRAM AND TOLD BY A DTS (MS, OLIVI) THAT SHE MOST LIKELY
WOULD NOT RECEIVE HER TIME OFF BUT WOULD INITIALLY HAVE TO BE DECIDED BY DR.
WALSHER.

4.4  BEFORE MOVING INTO THE RESEDENTUAL DRUG PROGRAM , PETITIONER WAS INFORMED
THAT IN FACT SHE WOULD NOT BE RECEIVING THE YEAR OFF, DUE TO AN ENHANCEMENT
FOR A FIREARM.

4.5  ON MAY 15, 2007 PETITIONER STARTED TO UTELIZE HER ADMINISTRATIVE REMEDIES.

4.6  PETITIONER MOVED IN AND STARTED PARTICIPATING IN THE RESIDENTUAL DRUG PROGRAM ON MAY 23, 2007.

4.7  ON AUGUST 8, 2007 PETITIONER UTILIZED ALL OF HER ADMINISTRATIVE REMIDIES REQUESTING HER YEAR OFF FOR PARTICIPATION IN THE RESIDENTUAL DRUG PROGRAM TO NO AVAIL.

4.8  THE REQUESTED RELIEF WOULD HAVE AN UPCOMIN EFFECT ON MS. WILSON'S CONDITION OF CONFINEMENT BECAUSE SHE WOULD BE ELIGIBLE TO BE RELEASED TO A LESS STRUCTURED CUSTODIAL ATMOSPHERE OF A HALFWAY HOUS ON OR AROUND FEBUARY 5, 2008 UNDER THE FINDINGS OF EARLY RELEASE ELIGIBILITY UNDER U.S.C.3621(e).

V.  STATEMENT OF LAW

5.1  SHIRL WILSON PLED GUILTY TO A NON-VIOLENT OFFENCE AND IS ELIGIBLE FOR REDUCTION OF HER PERIOD OF CUSTODY PURSUANT TO 18 U.S.C. §3621(e).

5.2  IN DENYING MS. WILSON'S ELIGIBILITY FOR EARLY RELEASE, THE BUREAU OF PRISONS(A) ERRED, AS A MATTER OF LAW IN CONCLUDING THAT SHE WAS CONVICTED OF "A CRIME OF VIOLENCE" BASED UPON A TWO-POINT SENTENCE ENHANCEMENT FOR POSSESION OF A WEAPON, AND (B) RELIED UPON SECTION 9 OF BUREAU OF PRISONS PROGRAM STATEMENT 5162.02, IMPLEMENTIG ITS REGULATIONS CODIFIED IN 28 C.F.R. §550.58.  SINCE SECTION 9 IS A LEGISLATIVE RULE SUBJECT TO THE NOTICE AND COMMENT REQUIREMENTS OF THE ADMINISTRATIVE PROCEDURE ACT, IT IS VOID OF ITS FAILURE TO COMPLY WITH ACT'S REQUIREMENTS.  IN ADDITION, SECTION 9 IS AN ULTRA VIRES INTERPERETIATION OF 28 C.F.R. § 550.58 IN THAT IT REPRESENTS AN ATTEMPT BY THE BUREAU OF PRISONS TO ENFORCE RULES WHICH CONFLICT WITH ITS OWN REGULATIONS.

WHEREFORE, THE PETITIONER RESPECTFULLY REQUESTS THAT THIS COURT:

1.  GRANT THE WRIT OF HABEAS CORPUS;

2. ORDER THAT THE BUREAU OF PRISONS PROVIDE MS. WILSON WITH A REDUCTION OF HER PERIOD OF CUSTODY AS A RESULT OF SUCCESSFULLY COMPLETING THE BUREAU OF PRISONS 500 HOUR DRUG TREATMENT PROGRAM.

PETITIONER IS RESPECTFULLY SUBMITTING THIS IN SUPPORT OF HER WRIT OF HABEAS CORPUS.

PETITIONER SHIRL WILSON

DAN  1330.13
DTD  03/05/96
ATTACHMENT 1

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form, you **MUST** attempt to informally resolve the complaint through your Correctional Counselor. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form Issued by Correctional Counselor: _5-15-07  mr_

INMATE'S NAME: _SHIRL WILSON_ NUMBER: _95768-071_ QUARTERS: _11-K_

1. Complaint: _NOT RECEIVING THE YEAR OFF FOR PARTICIPATING IN THE RESIDENTIAL DRUG_
   _PROGRAM._

2. Efforts made to informally resolve: _SPOKE TO DR. WALSHER_

Names of Staff contacted: _DR. WALSHER_
Inmate's Signature: _Shirl Wilson_ Inmate's Number: _95768-071_

---

## CORRECTIONAL COUNSELOR'S COMMENTS:

1. Date Returned to Correctional Counselor: _5-15-07  mr_
2. Efforts made to informally resolve: _Your instant offense is considered a_
   _Crime of violence that precludes from early release._

3. Names of Staff contacted: _Dr. Walshal,_

Date Informally Resolved: _____  Signature: _M Tesh_
        **(or)**                                    **(Counselor)**

Date Issued: _5-28-07_

**Distribution:**  I.  If complaint is informally resolved, forward original to Warden (Attention: *PARALEGAL SPECIALIST*)

II.  If complaint is NOT informally resolved, forward original attached to Administrative

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | SHIRL WILSON | 95768-071 | 12-L | F.C.I. DANBURY |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I AM REQUESTING THAT I RECEIVE THE YEAR OFF FOR PARTICIPATING IN THE RESIDENTIAL DRUG PROGRAM.  I HAVE CURRENTLY BEEN DENIED BECAUSE OF A GUN ENHANCEMENT I WAS GIVEN. I WAS ONLY GIVEN THE ENHANCEMENT BECAUSE OF A WEAPON MY CO-DEFENDANT WAS FOUND GUILTY OF. I WAS NEVER CHARGED, NEAR OR IN POSSESION OF SAID WEAPON AS DULY STATED IN MY P.S.I.

5-29-07
_____
DATE

_Shirl Wilson_
_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See attached

RECEIVED
MAY 30 2007
DATE

_____
WARDEN OR ~~REGIONAL DIRECTOR~~

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 454308-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 30, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      DANBURY FCI

TO  : SHIRL TERSIA WILSON, 95768-071
      DANBURY FCI      UNT: W    QTR: L02-043L
      ROUTE 37
      DANBURY,  CT 06811


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 454308-F2      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : MAY 30, 2007
SUBJECT 1        : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS          : NOTIFIED INELIGIBLE ON 9-19-06.

**U.S. Department of Justice**  **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | WILSON, SHIRL | 95768-071 | 12-L | F.C.I. DANBURY |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**

I STARTED TO UTELIZE MY ADMINISTRATIVE REMEDIES WHEN I WAS GIVEN A FINAL ANSWER ON WHETHER OR NOT I WOULD RECEIVE MY TIME OFF FOR PARTICIPATION IN THE RESIDENTIAL DRUG PROGRAM AND NOT AN INDECISIVE ONE. I AM REQUESTING THAT I RECEIVE THE YEAR OFF FOR PARTICIPATING IN THE RESIDENTIAL DRUG PROGRAM. IN PAST CASES THE COURTS HAVE HELD THAT SOMEONE WHO WAS CONVICTED OF A NONVIOLENT DRUG OFFENCE AND WHOSE SENTENCE WAS ENHANCED FOR POSSESION OF A FIREARM IS NOT CATIGORICALLY INELIGIBLE TO RECEIVE THE ONE YEAR SENTENCE REDUCTION UPON COMPLETION OF THE DRUG TREATMENT PROGRAM. I WAS NEVER CHARGED OR IN POSSESSION OF THE WEAPON THAT EARNED ME TO RECEIVE THE GUN ENHANCEMENT AS DULY STATED IN MY P.S.I.

| 6-7-07 | Shirl Wilson |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B - RESPONSE**

| | |
|---|---|
| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 45430-8-21

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |
|---|---|

BP-230(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 11, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : SHIRL TERSIA WILSON, 95768-071
      DANBURY FCI     UNT: W    QTR: L02-043L
      ROUTE 37
      DANBURY,  CT 06811

*mailed 7-12-07*

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 454308-R1         REGIONAL APPEAL
DATE RECEIVED  : JULY 9, 2007
SUBJECT 1      : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REMARKS        : WE CONCUR WITH THE INSTITUTION'S DECISION. YOUR
                 APPEAL IS UNTIMEL.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: WILSON, SHIRL          95768-071          12-L          F.C.I. DANBURY
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

I DISAGREE THAT MY BP-10 WAS UNTIMELY, DUE TO THE FACT THAT I SENT IT ON JUNE 8, 2007. I AM REQUESTING THAT I RECEIVE THE YEAR OFF FOR MY PARTICIPATION IN THE RESIDENTIAL DRUG PROGRAM. THE DENIAL OF A PRISONERS ELIGIBILITY FOR EARLY RELEASE BASED SOLELY ON SENTENCING ENHANCEMENT VIOLATE STATUTES PROVIDING THAT PRISONERS CONVICTED OF A "NON VIOLENT OFFENCE" ARE POTENTIALLY ELIGIBLE FOR ONE YEAR SENTENCE REDUCTION UPON COMPLETION OF THE DRUG AND ALCOHOL TREATMENT PROGRAM. IN MY CASE, AS DULY STATED IN MY P.S.I.,I WAS GIVEN THE GUN ENHANCEMENT SOLELY BECAUSE OF MY CO-DEFENDANT. MY CURRENT OFFENSE HAS NO ELEMENTS OF THE ACTUAL, ATTEMPTED, OR THREATENED USE OF PHYSICAL FORCE AGAINST A PERSON OR PROPERTY OF ANOTHER. NOR DOES MY OFFENSE INVOLVE CARRYING, POSSESION, OR USE OF A FIREARM. I'M PRAYING YOU TAKE MY REQUEST INTO DEEP CONSIDERATION.

7-30-07
DATE

_Shirl Wilson_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

AUG 0 7 2007

Administrative Remedy Section
Federal Bureau of Prisons

DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 8, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO : SHIRL TERSIA WILSON, 95768-071
     DANBURY FCI     UNT: W   QTR: L02-043L
     ROUTE 37
     DANBURY,  CT 06811


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 454308-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : AUGUST 7, 2007
SUBJECT 1      : CREDIT FOR RDAP - EARLY RELEASE ELIGIBILITY
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REMARKS        : LATE APPEALS MAY BE ACCEPTED WITH A VALID REASON
                 AND STAFF VERIFICATION.